```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100002851
Cashier ID: fcansler
Transaction Date: 08/09/2007
Payer Name: OBER, KALER, GRIMES, SHRIVER
------------------------------------------
CIVIL FILING FEE
 For: OBER, KALER, GRIMES, SHRIVER
 Amount:         $350.00
------------------------------------------
CHECK
 Check/Money Order Num: 229234
 Amt Tendered:   $350.00
------------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

NEW SUIT  07-CV-789
```