UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2007 AUG -9 P 5: 02

CLERK
ALEXANDRIA, VIRGINIA

RENETTO, LLC, )
a Maryland limited liability company, )
)
)
Plaintiff )
)
v. ) Case No.
)
PROFESSIONAL SALES AND )
MARKETING GROUP, INC., )
an Illinois corporation, )
)
Defendant )
)
)

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF WALTER PAUL ROBINETT

I, Walter Paul Robinett, declare as follows:

1. I am over the age of eighteen, I have personal knowledge of the matters stated herein, and I am therefore competent to make this declaration.

2. My home address is 116 W. Columbus Street, Canal Winchester, OH 43110.

3. I am one of three owner/members of Renetto, LLC, a Limited Liability company organized under the laws of the State of Maryland.

4. I and the other owner/members of Renetto, LLC have reviewed the attached Complaint against Defendant Professional Sales and Marketing Group, Inc.

4. On behalf of myself and the other members, I attest that all of the facts and assertions made in said Complaint are true and correct to the best of my/our present knowledge.

Respectfully submitted this 9 day of August, 2007.

By: _____
Walter Paul Robinett

Page 1