⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE EASTERN  District of  VIRGINIA (Alexandria Division)

RENETTO, LLC,
9616 Hastings Drive
Columbia, MD 21046
    Plaintiff
        V.
PROFESSIONAL SALES AND MARKETING GROUP, INC.,
3312 Commercial Ave.
Northbrook, IL 60062-1909
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07cv789
                       6A-/TCB

RECEIVED AUG 16 2007 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

TO: (Name and address of Defendant)

    Professional Sales and Marketing Group, Inc.
    3312 Commercial Ave.
    Northbrook, IL  60062-1909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Anthony F. Vittoria
    Royal W. Craig
    Ober, Kaler, Grimes & Shriver, P.C.
    120 E. Baltimore St.
    Baltimore, MD 21202

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |