# OBER│KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com



RECEIVED
MAILROOM

AUG 16 2007

**Offices In**
Maryland
Washington, D.C.
Virginia

August 15, 2007

**VIA HAND DELIVERY**

Fernando Galindo, Clerk of the Court
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:   *Renetto, LLC v. Professional Sales Marketing Group, Inc.*
          Case No. 1:07cv709-GBL/TCB

Dear Mr. Galindo:

    Enclosed is the Defendant's copy of Renetto, LLC's Verified Complaint, the Declaration of Walter Paul Robinett, the exhibits, and a Civil Cover Sheet. I have also enclosed two (2) copies of the Summons. The case was filed on August 9, 2007 and the clerk's office has a copy of each.

    Please send the Summons to me, so that it may be served by private process server. I have included a self-addressed, postage pre-paid FedEx envelope.

    Thank you for your assistance in this matter.

                              Very truly yours,

                              Mandy A Bennett
                              Paralegal

1926150