UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

RENETTO, LLC,                              \*
a Maryland Limited Liability Company,      \*
                                           \*
                                           \*    Case No.  1:07-cv-00789-GBL-TCB
                                           \*
                  Plaintiff                \*
                                           \*
v.                                         \*
                                           \*
PROFESSIONAL SALES AND                     \*
MARKETING GROUP, INC.,                     \*
an Illinois Corporation,                   \*
                                           \*
                  Defendant.               \*
                                           \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE OF WILLIAM D. BLAKELY

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Professional Sales and

Marketing Group, Inc., an Illinois Corporation.


Respectfully submitted,

ATTORNEYS FOR DEFENDANT
POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC

By: /s/ William D. Blakely
William D. Blakely, VA Bar No. 24415
555 12th Street, NW, Suite 710
Washington, DC  20004
(202) 626-8310 Telephone
(202) 783-3535 Fax
wblakely@polsinelli.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (____) U.S. Mail, postage prepaid; (____) fax; (____) Federal Express; (**X**) **Electronic Notification**; and/or (____) hand delivery this 21st day of September, 2007, to:

Anthony Francis Vittoria
Ober Kaler Grimes & Shriver
120 E Baltimore Street
8th Floor
Baltimore, MD  21202-1643


/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
Polsinelli Shalton Flanigan Suelthaus PC
555 12th Street, NW, Suite 710
Washington, DC  20004
Telephone:  (202) 626-8310
Fax:  (202) 783-3535
wblakely@polsinelli.com

2