UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC, <br> a Maryland Limited Liability Company <br><br> Plaintiff <br><br> v. <br><br> PROFESSIONAL SALES AND <br> MARKETING GROUP, INC., <br> an Illinois Corporation, <br><br> Defendants. | Case No. 1:07-cv-00789-GBL-TCB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO EXTEND TIME FOR DEFENDANT PROFESSIONAL SALES AND MARKETING GROUP, INC. TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF RENETTO, LLC'S <u>VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL</u>**

COMES NOW Plaintiff Renetto, LLC ("Renetto") and Defendant Professional Sales and Marketing Group, Inc. ("PSM"), by and through their counsel of record, and for their Joint Motion to Extend Time for Defendant Professional Sales and Marketing Group, Inc. to Answer, Plead or otherwise respond to Plaintiff's Verified Complaint and Demand for Jury Trial, state and allege as follows:

1. On August 9, 2007, Renetto filed its Complaint against PSM.

2. Defendant PSM has requested and Plaintiff has consented to a sixteen (16) day extension of time to file their responsive pleading, including any counterclaims.

3. This motion is not brought for any improper purpose and is not intended to cause any unnecessary delay.

WHEREFORE, Plaintiff and Defendant pray for an Order of the Court granting them until October 12, 2007 to file their respective response.

Respectfully Submitted,

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| OBER KALER GRIMES & SHRIVER | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC |
| By: /s/ Anthony Francis Vittoria | By: /s/ William D. Blakely |
| Anthony Francis Vittoria | William D. Blakely |
| VA Bar No. 41132 | VA Bar No. 24415 |
| 120 E Baltimore Street, 8th Floor | 555 12th Street, NW, Suite 710 |
| Baltimore, MD 21202-1643 | Washington, DC 20004 |
| Telephone: (410) 685-1120 | Telephone: (202) 626-8310 |
| Fax: (410) 547-0699 | Fax: (202) 783-3535 |
| afvittoria@ober.com | wblakely@polsinelli.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (____) U.S. Mail, postage prepaid; (____) fax; (____) Federal Express; **(X) Electronic Notification**;and/or (____) hand delivery this 21st day of September, 2007, to:

Anthony Francis Vittoria
Ober Kaler Grimes & Shriver
120 E Baltimore Street
8th Floor
Baltimore, MD 21202-1643

/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
Polsinelli Shalton Flanigan Suelthaus PC
555 12th Street, NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com