UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC,<br>a Maryland Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>PROFESSIONAL SALES AND<br>MARKETING GROUP, INC.,<br>an Illinois Corporation,<br><br>Defendant. | Case No. 1:07-cv-00789-GBL-TCB |

## ORDER

On September 21, 2007, Plaintiff Renetto, LLC and Defendant Professional Sales and Marketing Group, Inc. filed their Joint Motion to Extend Time for Defendant Professional Sales and Marketing Group, Inc. to Answer, Plead or otherwise respond to Plaintiff Renetto, LLC's Verified Complaint and Demand for Jury Trial. The Court has reviewed the Joint Motion and being duly advised in the premises, and for good cause shown, the Court hereby GRANTS the Joint Motion for an Extension of Time for Defendant's response to on or before October 12, 2007.

SO ORDERED:

Dated: _____        _____
                                      DISTRICT JUDGE GERALD BRUCE LEE

Copies to:

Anthony Francis Vittoria
Ober Kaler Grimes & Shriver
VA Bar No. 41132
120 E Baltimore Street, 8th Floor
Baltimore, MD  21202-1643
Telephone:  (410) 685-1120
Fax: (410) 547-0699
afvittoria@ober.com

William D. Blakely
Polsinelli Shalton Flanigan Suelthaus PC
VA Bar No. 24415
555 12th Street, NW, Suite 710
Washington, DC  20004
Telephone:  (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com