UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RENETTO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv789 |
| | ) |
| PROFESSIONAL SALES AND | ) |
| MARKETING GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

THIS MATTER came before the Court on the parties' Joint Motion to Extend Time for Defendant Professional Sales and Marketing Group, Inc. to Answer, Plead or Otherwise Respond to Plaintiff Renetto, LLC's Verified Complaint and Demand for Jury Trial (# 5).

Upon review of the Motion, it is hereby

ORDERED that the parties' Motion is GRANTED. Defendant shall respond on or before October 12, 2007.

ENTERED this 24th day of September, 2007.

_____/s/_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia