AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____FOR THE EASTERN_____ District of ___VIRGINIA (Alexandria Division)___

SEP 27

RENETTO, LLC,
9616 Hastings Drive
Columbia, MD 21046
    Plaintiff
           .v.
PROFESSIONAL SALES AND MARKETING GROUP, INC.,
3312 Commercial Ave.
Northbrook, IL 60062-1909
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07cv789
GBL/TCB

TO: (Name and address of Defendant)

Professional Sales and Marketing Group, Inc.
3312 Commercial Ave.
Northbrook, IL 60062-1909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony F. Vittoria
Royal W. Craig
Ober, Kaler, Grimes & Shriver, P.C.
120 E. Baltimore St.
Baltimore, MD 21202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**                             August 17, 2007
CLERK                                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-6-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Tim Shaw | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Count Levy  3400 Dundee #310  Northbrook IL 60062

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 16 m | Process Service | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-6-07    _/s/ Tim Shaw_
          Date               Signature of Server

                           1560 Sherman, Evanston IL 60201
                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.