**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Anthony F. Vittoria
afvittoria@ober.com
410-347-7692

**Offices In**
Maryland
Washington, D.C.
Virginia

September 26, 2007

**VIA FEDERAL EXPRESS**

Fernando Galindo, Clerk of the Court
Albert V. Bryan Courthouse
United States District Court
  for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

    Re:   *Renetto, LLC v. Professional Sales Marketing Group, Inc.*
            <u>Case No. 1:07cv789</u>

Dear Mr. Galindo:

Enclosed for filing is Renetto, LLC's Return of Service of the Summons served on Professional Sales and Marketing Group, Inc. in the above referenced case.

Thank you for your assistance in this matter.

                       Very truly yours,

                       Anthony F. Vittoria

1934809