UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-00789-GBL-TCB |
| ) | |
| PROFESSIONAL SALES AND ) | |
| MARKETING GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF HEARING

TO: Anthony Francis Vittoria, Esquire
Ober Kaler Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, Maryland 21202-1643
Telephone: (410) 685-1120
Fax: (410) 547-0699
afvitoria@ober.com

PLEASE TAKE NOTICE that Defendant Professional Sales and Marketing Group, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Change Venue will be heard on **Friday, November 2, 2007 at 10:00 a.m.**, or as soon thereafter as possible.

Respectfully submitted,

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC

/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
555 12th Street, NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and Marketing Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (____) U.S. Mail, postage prepaid; (____) fax; (____) Federal Express; **(X) Electronic Notification**; and/or (____) hand delivery this 12th day of October, 2007, to:

Anthony Francis Vittoria
VA Bar No. 41132
Ober Kaler Grimes & Shriver
120 E Baltimore Street, 8th Floor
Baltimore, MD  21202-1643
Telephone:  (410) 685-1120
Fax: (410) 547-0699
afvittoria@ober.com

*Attorney for the Plaintiff*
*Renetto, LLC*

/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
Polsinelli Shalton Flanigan Suelthaus PC
555 12th Street, NW, Suite 710
Washington, DC  20004
Telephone:  (202) 626-8310
Fax:  (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and*
*Marketing Group, Inc.*