# Exhibit C

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03951

Professional Sales and Marketing Group, Inc. v. Renetto, LLC et al
Assigned to: Honorable Ruben Castillo
Case in other court: Circuit Court of Cook County, 2007-CH-15657
Cause: 28:1441 Petition for Removal- Breach of Contract

Date Filed: 07/13/2007
Date Terminated: 07/17/2007
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Professional Sales and Marketing Group, Inc.**
*an Illinois Corporation,*

represented by **Anthony J. Nasharr, III**
Polsinelli Shalton Welte Suelthaus PC
180 North Stetson Avenue
#4525
Chicago, IL 60601
(312)819-1900
*ATTORNEY TO BE NOTICED*

**Carina Maria Catherine Segalini**
Polsinelli, Shalton, Flanigan & Suelthaus, PC
Two Prudential Plaza
Suite 4525
Chicago, IL 60601
(312) 819-1900
Email: csegalini@polsinelli.com
*ATTORNEY TO BE NOTICED*

**John J. Curry, Jr.**
Polsinelli Shalton Flanigan Suelthaus PC
180 North Stetson Avenue
#4525
Chicago, IL 60601
(312)819-1900
Email: jcurry@polsinelli.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Renetto, LLC**
*a Maryland Limited Liability Corporation,*

represented by **John A. Bannon**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
Email: jbannon@schiffhardin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sailesh K. Patel**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
Email: spatel@schiffhardin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ayad Paul Jacob**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
Email: ajacob@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Royal W Craig**
Ober Kaler
120 East Baltimore Street
Baltimore, MD 21202
(410) 347-7303
*ATTORNEY TO BE NOTICED*

**Defendant**

**Swimways Corporation**
*a Virginia Corporation,*

represented by **William A. Chittenden, III**
Chittenden, Murday & Novotny, LLC
303 West Madison
1400
Chicago, IL 60606
(312)281-3600
Email: wchittenden@cmn-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Burton**
Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23452
757 499 8800
Email: dburton@williamsmullen.com
*ATTORNEY TO BE NOTICED*

**Morgan James Milner**
Chittenden, Murday & Novotny, LLC
303 West Madison
1400
Chicago, IL 60606
(312)281-3600
Email: mmilner@cmn-law.com
*ATTORNEY TO BE NOTICED*

**William R. Poynter**

Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23462
757 499 8800
Email: wpoynter@williamsmullen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2007 | 1 | NOTICE of Removal from Circuit Court of Cook County, Case Number 2007-CH-15657, filed by Defendants Renetto, LLC, and Swimways Corp. consisting of copies of summons, complaint and Exhibits; Notice of filing. (ar, ) (Entered: 07/17/2007) |
| 07/13/2007 | 2 | CIVIL Cover Sheet. (ar, ) (Entered: 07/17/2007) |
| 07/13/2007 | 3 | ATTORNEY Appearance for Defendant Renetto, LLC by Ayad Paul Jacob. (ar, ) (Entered: 07/17/2007) |
| 07/13/2007 | 4 | ATTORNEY Appearance for Defendant Swimways Corp. by William A. Chittenden, III. (ar, ) (Entered: 07/17/2007) |
| 07/13/2007 | 5 | ATTORNEY Appearance for Defendant Swimways Corp. by Morgan James Milner. (ar, ) (Entered: 07/17/2007) |
| 07/17/2007 |  | MAILED petition-for-removal letter to Anthony J. Nasharr, III, John J. Curry and Carina M.C. Segalini. (ar, ) (Entered: 07/17/2007) |
| 07/17/2007 | 7 | ATTORNEY Appearance for Defendant Renetto, LLC by John A. Bannon (Bannon, John) (Entered: 07/17/2007) |
| 07/17/2007 | 8 | ATTORNEY Appearance for Defendant Renetto, LLC by Sailesh K. Patel (Patel, Sailesh) (Entered: 07/17/2007) |
| 07/17/2007 | 9 | MINUTE entry before Judge Ruben Castillo :After careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of an appropriate amended federal complaint or a timely motion to remand. The parties are also requested to fully exhaust all settlement possibilities for this dispute prior to filing any further pleadings. Parties to file a joint status report by 8/20/2007.Mailed notice (rao, ) (Entered: 07/17/2007) |
| 07/17/2007 | 10 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Swimways Corp. by David C. Burton; Order entered granting leave by Judge Ruben Castillo. Filing fee $50.00 paid, receipt number 10648770. (ar, ) (Entered: 07/18/2007) |
| 07/17/2007 | 11 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Swimways Corp. by William R. Poynter; Order entered granting leave by Judge Ruben Castillo. Filing fee $50.00 paid, receipt number 10648770. (ar, ) (Entered: 07/18/2007) |
| 08/16/2007 | 12 | MOTION by Plaintiff Professional Sales and Marketing Group, Inc. for leave to file *Amended Complaint* (Attachments: # 1 Exhibit Proposed Amended Complaint)(Curry, John) (Entered: 08/16/2007) |
| 08/16/2007 | 13 | NOTICE of Motion by John J. Curry, Jr for presentment of motion for leave to file 12 before Honorable Ruben Castillo on 8/21/2007 at 09:45 AM. (Curry, John) (Entered: 08/16/2007) |

| | | |
|---|---|---|
| 08/17/2007 | 14 | ATTORNEY Appearance for Plaintiff Professional Sales and Marketing Group, Inc. by John J. Curry, Jr (Curry, John) (Entered: 08/17/2007) |
| 08/17/2007 | 15 | ATTORNEY Appearance for Plaintiff Professional Sales and Marketing Group, Inc. by John J. Curry, Jr *for Anthony Nasharr* (Curry, John) (Entered: 08/17/2007) |
| 08/17/2007 | 16 | ATTORNEY Appearance for Plaintiff Professional Sales and Marketing Group, Inc. by John J. Curry, Jr *for Carina Segalini* (Curry, John) (Entered: 08/17/2007) |
| 08/20/2007 | 17 | RESPONSE by Defendant Swimways Corp. to motion for leave to file 12 (Milner, Morgan) (Entered: 08/20/2007) |
| 08/20/2007 | 18 | STATUS Report, *Initial*, by Professional Sales and Marketing Group, Inc. (Curry, John) (Entered: 08/20/2007) |
| 08/20/2007 | 19 | STATUS Report *(JOINT)* by Swimways Corp. (Milner, Morgan) (Entered: 08/20/2007) |
| 08/21/2007 | 20 | MINUTE entry before Judge Ruben Castillo :Motion hearing held on 8/21/2007. Plaintiff's motion for leave to file amended complaint 12 is granted. Plaintiff is given leave to file the amended complaint within seven days after the court holds a settlement conference. The Court will hold the settlement conference in chambers on 9/12/2007 at 12:00 PM. Clients with settlement authority are directed to appear or be available by telephone. Parties to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 9/5/2007.Mailed notice (rao, ) (Entered: 08/21/2007) |
| 08/22/2007 | 21 | ATTORNEY Appearance for Plaintiff Professional Sales and Marketing Group, Inc. by Carina Maria Catherine Segalini (Segalini, Carina) (Entered: 08/22/2007) |
| 08/27/2007 | 22 | MINUTE entry before Judge Ruben Castillo :Defendant's oral request to reset the settlement conference is granted. Settlement conference reset to 9/25/2007 at 3:00 PM. Settlement conference set for 9/12/2007 is vacated.Mailed notice (rao, ) (Entered: 08/27/2007) |
| 09/20/2007 | 24 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Renetto, LLC by Royal W Craig; Order entered granting leave by Judge Ruben Castillo. Filing fee $ 50 paid, receipt number 10911858 (mb, ) (Entered: 09/26/2007) |
| 09/25/2007 | 23 | MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 9/25/2007. Plaintiff is given until 10/2/2007 to file an amended complaint. Plaintiff is ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to defendants by 10/9/2007. The defendants are ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to Plaintiff by 10/16/2007. The Court will hold a status hearing in open court on 10/30/2007 at 9:45 AM.Mailed notice (rao, ) (Entered: 09/25/2007) |
| 10/02/2007 | 25 | AMENDED complaint by Professional Sales and Marketing Group, Inc. against all defendants (Curry, John) (Entered: 10/02/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/12/2007 11:54:19 | | |
| **PACER Login:** pw0017 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:07-cv-03951 |
| **Billable Pages:** 3 | **Cost:** | 0.24 |