UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-cv-00789-GBL-TCB |
| | ) |
| PROFESSIONAL SALES AND | ) |
| MARKETING GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

NOW ON THIS ____ day of _____, 2007, upon submission of the Motion to Dismiss for Lack of Personal Jurisdiction or To Change Venue and having considered same,

IT IS HEREBY ORDERED that the above cause of action is dismissed for lack of personal jurisdiction.

IT IS SO ORDERED.

Dated:_____      _____
                                                          JUDGE OF THE DISTRICT COURT