UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **RENETTO, LLC,** | * | |
| **Plaintiff**, | * | |
| v. | * | Civil Action No. 1:07CV789A |
| **PROFESSIONAL SALES AND MARKETING GROUP, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Eastern District of Virginia, Plaintiff Renetto, LLC ("Renetto") states that it is a limited liability company organized under the laws of the State of Maryland. The members of Renetto are as follows: (1) Paul Robinette, a citizen of the state of Ohio; (2) David Reeb, a citizen of the state of Maryland; and (3) Steve Tinto, a citizen of the state of Arizona. Renetto has no parents, subsidiaries, and/or affiliates that have issued shares or debt securities to the public.

Respectfully submitted,

_____/s/_____
Anthony F. Vittoria (VSB #41132)
Royal W. Craig
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120
(410) 547-0699 (facsimile)

*Attorneys for Plaintiff Renetto, LLC*

1948578