UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **RENETTO, LLC,** | * | |
| **Plaintiff**, | * | |
| v. | * | Civil Action No. 1:07CV789A |
| **PROFESSIONAL SALES AND MARKETING GROUP, INC.,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2007, I electronically filed Plaintiff's Rule 7.1 Financial Disclosure Statement with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

William D. Blakely
Polsinelli, Shalton, Flanigan, Suelthaus, PC
555 12th St. NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and Marketing*
*Group, Inc.*

                                             /s/
                                    Anthony F. Vittoria
                                    Virginia bar number 41132
                                    Attorney for Renetto, LLC
                                    OBER, KALER, GRIMES & SHRIVER
                                    120 E. Baltimore Street
                                    Baltimore, Maryland 21202
                                    (410) 685-1120
                                    (410) 547-0699 (facsimile)
                                    afvittoria@ober.com

CERTIFICATE OF SERVICE

 I hereby certify that on the 24th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William D. Blakely
Polsinelli, Shalton, Flanigan, Suelthaus, PC
555 12th St. NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and Marketing*
*Group, Inc.*

          /s/
         Anthony F. Vittoria
         Virginia bar number 41132
         Attorney for Renetto, LLC
         OBER, KALER, GRIMES & SHRIVER
         120 E. Baltimore Street
         Baltimore, Maryland 21202
         (410) 685-1120
         (410) 547-0699 (facsimile)
         afvittoria@ober.com