UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **RENETTO, LLC,** | * | |
| **Plaintiff**, | * | |
| v. | * | Civil Action No. 1:07CV789A |
| **PROFESSIONAL SALES AND MARKETING GROUP, INC.,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of October, 2007, I electronically filed the foregoing Opposition To Motion To Dismiss For Lack Of Personal Jurisdiction Or To Change Venue with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

    William D. Blakely
    Polsinelli, Shalton, Flanigan, Suelthaus, PC
    555 12th St. NW, Suite 710
    Washington, DC 20004
    Telephone: (202) 626-8310
    Fax: (202) 783-3535
    wblakely@polsinelli.com

    *Attorney for the Defendant*
    *Professional Sales and Marketing*
    *Group, Inc.*

                                              /s/
                                      Anthony F. Vittoria
                                      Virginia bar number 41132
                                      Attorney for Renetto, LLC
                                      OBER, KALER, GRIMES & SHRIVER
                                      120 E. Baltimore Street
                                      Baltimore, Maryland 21202
                                      (410) 685-1120
                                      (410) 547-0699 (facsimile)
                                      afvittoria@ober.com