# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| **RENETTO, LLC,** | * | |
| **Plaintiff**, | * | |
| v. | * | Civil Action No. 1:07CV789A |
| **PROFESSIONAL SALES AND MARKETING GROUP, INC.,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Motion To Dismiss For Lack Of Personal Jurisdiction Or To Change Venue filed by Defendant, Professional Sales and Marketing Group, Inc., the Opposition filed thereto by Plaintiff Renetto, LLC, and the argument of the parties, the Motion is hereby **DENIED**.

ORDERED this _____ day of November, 2007.

_____
The Honorable Gerald Bruce Lee
United States District Court
 for the Eastern District of Virginia