Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3951 | **DATE** | 7/17/2007 |
| **CASE TITLE** | Professional Sales and Marketing Group, Inc. Vs. Renetto, LLC, et al. | | |

**DOCKET ENTRY TEXT**

After careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of an appropriate amended federal complaint or a timely motion to remand. The parties are also requested to fully exhaust all settlement possibilities for this dispute prior to filing any further pleadings. Parties to file a joint status report by 8/20/2007.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

07C3951 Professional Sales and Marketing Group, Inc. Vs. Renetto, LLC, et al.                                    Page 1 of 1

DEFENDANT'S EXHIBIT B