IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-cv-00789-GBL-TCB |
| | ) |
| PROFESSIONAL SALES AND | ) |
| MARKETING GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF HOWARD SHRAIBERG

I, Howard Shraiberg, declare as follows:

1. I am over the age of eighteen, I have personal knowledge of the matters stated herein, and I am therefore competent to make this declaration.

2. I am the C.E.O. of Professional Sales and Marketing Group, Inc., ("PSM").

3. I have never disparaged Renetto LLC ("Renetto").

4. At the time, Paul Robinette of Renetto informed me about Renetto's sale of its intellectual property and exclusive distribution rights in the Canopy Chair to Swimways Corporation, and Mr. Robinette suggested that I call Swimways to explore whether Swimways would grant PSM some limited right to continue selling the Canopy Chair.

5. I placed a phone call to Swimways based upon Mr. Robinette's suggestion, and had approximately three phone conversations with Mr. Vittone of Swimways, and the sole subject of the conversations was in what way PSM could work together with Swimways and Renetto in selling the Canopy Chairs.

DEFENDANT'S EXHIBIT H
Blumberg No. 5114

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Respectfully submitted this 31st day of October, 2007.

*Howard Shraiberg*
HOWARD SHRAIBERG