UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **RENETTO, LLC,** | * | |
| **Plaintiff**, | * | |
| v. | * | Civil Action No. 1:07CV789A |
| **PROFESSIONAL SALES AND MARKETING GROUP, INC.,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2007, I electronically filed Plaintiff's Report of Rule 26(f) Planning Meeting and Proposed Discovery Plan with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

William D. Blakely
Polsinelli, Shalton, Flanigan, Suelthaus, PC
555 12th St. NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and Marketing*
*Group, Inc.*

                                                /s/
                                      Anthony F. Vittoria
                                      Virginia bar number 41132
                                      Attorney for Renetto, LLC
                                      OBER, KALER, GRIMES & SHRIVER
                                      120 E. Baltimore Street
                                      Baltimore, Maryland 21202
                                      (410) 685-1120
                                      (410) 547-0699 (facsimile)
                                      afvittoria@ober.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of November, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William D. Blakely
Polsinelli, Shalton, Flanigan, Suelthaus, PC
555 12th St. NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and Marketing*
*Group, Inc.*

                                                              /s/
                                           Anthony F. Vittoria
                                           Virginia bar number 41132
                                           Attorney for Renetto, LLC
                                           OBER, KALER, GRIMES & SHRIVER
                                           120 E. Baltimore Street
                                           Baltimore, Maryland 21202
                                           (410) 685-1120
                                           (410) 547-0699 (facsimile)
                                           afvittoria@ober.com