JURY

# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00789-GBL-TCB
Internal Use Only

11-2-07
12:05 - 12:25
r: Wilson (20)
Appearances:
Counsel

Renetto, LLC v. Professional Sales And Marketing Group, Inc.
Assigned to: District Judge Gerald Bruce Lee
Referred to: Magistrate Judge Theresa Carroll Buchanan
Demand: $100,000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/09/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Renetto, LLC**
*a Maryland limited liability company*

represented by **Anthony Francis Vittoria**
Ober Kaler Grimes & Shriver
120 E Baltimore St
8th Fl
Baltimore, MD 21202-1643
(410) 685-1120
Email: afvittoria@ober.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

On full hrg on motions.
D motion to dismiss (#8) an
to transfer (#10) - argued and
both motions denied. Order to
follow.

**Defendant**

**Professional Sales And Marketing Group, Inc.**
*an Illinois corporation*

represented by **William D. Blakely**
Polsinelli Shalton Welte Suelthaus PC
555 12th St NW
Suite 710
Washington, DC 20004-1206
(202) 783-3300
Fax: (202) 783-3535
Email: wblakely@polsinelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2007 | 1 | COMPLAINT against Professional Sales And Marketing Group, Inc. ( Filing fee $ 350 receipt number 100002851.), filed by Renetto, LLC. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(nhall) (Entered: 08/17/2007) |
| 08/09/2007 | 2 | Declaration Of Walter Paul Robinett owner/member of Renetto, LLC. (Signature on document is not an original) (nhall) Date Filed Modified on 8/17/2007 (nhall). (Entered: 08/17/2007) |
| 08/09/2007 |  | (Court only) ***Set Jury Flag. (nhall) Date Filed Modified on 8/17/2007 (nhall). (Entered: 08/17/2007) |
| 08/17/2007 | 3 | Summons Issued and mailed to attorney for service by SPS as to Professional Sales And Marketing Group, Inc. (Attachments: # 1 Letter)(nhall) (Entered: 08/17/2007) |