IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC, | ) |
|     Plaintiff, | ) |
| v. | ) ACTION NO. 1:07cv789 |
| PROFESSIONAL SALES AND MARKETING GROUP, INC. | ) |
|     Defendant. | ) |

### ORDER

THIS MATTER is before the Court on Defendant Professional Sales and Marketing Group, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Change Venue. For the reasons stated in open court on November 2, 2007, it is hereby

ORDERED that Defendant Professional Sales and Marketing Group, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or to Change Venue is DENIED.

The Clerk is directed to forward a copy of this Order to Counsel.

Entered this 2nd day of November, 2007.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia
11/2/07