Date: 11-7-2007

Judge:  Theresa Carroll Buchanan

Clerk: Judy Lanham
Minutes: 7

Civil Action Number: 1:07-CV-789

Renetto, LLC

vs.

Professional Sales and Marketing Group, Inc

### INITIAL PRETRIAL CONFERENCE

Discovery Plan:    Plaintiff's Plan
(X) Approved    (  ) Approved as Amended
(  ) File by_____

Consent to Trial by a Magistrate Judge:  (   ) YES Consent Signed

Addressed Settlement: (    ) Pending   (X) Will Discuss   (   ) Other

(X) Order to Issue

Case Continued to _____ at _____ for 16(b) Conference.