IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RENETTO, LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 1:07CV789 |
| | ) |
| PROFESSIONAL SALES AND | ) |
| MARKETING GROUP, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**SCHEDULING ORDER**

_____1. Upon consideration of the of the submissions presented, the Court makes the following rulings:

   a. The Plaintiff's Report and Proposed Discovery Plan is approved and shall control discovery to the extent of its application unless modified by the Court.

   2. Any motion to amend the pleadings or to join a party shall be made as soon as possible after counsel becomes aware of the grounds for the motion.

   3. All motions, except for summary judgment, shall be noticed for hearing on the earliest possible Friday before the pretrial conference.  Ten working days' notice is required for motions to dismiss, for summary judgment, for patent claim construction, and for judgment on the pleadings.  Non-dispositive motions must be filed and delivered by the Friday before the Friday for which noticed, with oppositions due no later than

Wednesday and replies due no later than Thursday before the hearing on Friday.  Copies of all non-dispositive motions and all papers relating to such motions shall be *delivered directly to the chambers of the undersigned magistrate judge* when the originals are filed with the clerk.

    4. *Sealing of Documents*.  Filings under seal are disfavored and discouraged.  See Virginia Department of State Police v. The Washington Post, et al, 386 F.3d 567, 575-76 (4th Cir. 2004).  Any motion to file documents under seal, including a motion for entry of a protective order containing provisions for filing documents under seal, must comply with Local Civil Rule 5 and must be docketed for a hearing or made in open court.  The motion must state sufficient facts supporting the action sought and each proposed order must include specific findings.  *See* Virginia Department of State Police, supra, and Local Civil Rule 5.

    5.  Without leave of court, all Fed. R. Civ. P. 12 issues shall be raised in one pleading.  Similarly, unless Court permission is obtained in advance, all summary judgment issues must be presented in the same pleading.

    6.  All motions must adhere to the page limits set in Local Rule 7(E)(3).  No pleading shall be in type less than ten (10) pitch or twelve (12) point.

    7.  Depositions, interrogatories, requests for documents and admissions and answers thereto shall not be filed except on order of the Court or for use in any motion, or at trial.

8.  In non-jury cases, counsel shall file with the clerk at the beginning of trial written proposed findings of fact and conclusions of law.  In jury cases, instructions shall be filed five (5) days prior to trial in accordance with Local Rule 51.  Violation of this rule will constitute a waiver of objections to any instructions given.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: November 7, 2007
Alexandria, Virginia
This Order is being mailed to local counsel only.