**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **RENETTO, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:07-cv-00789-GBL-TCB** |
| | ) | |
| **PROFESSIONAL SALES AND** | ) | |
| **MARKETING GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF HEARING**

TO:    Anthony Francis Vittoria, Esquire
Ober Kaler Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, Maryland  21202-1643
Telephone:  (410) 685-1120
Fax: (410) 547-0699
afvitoria@ober.com

PLEASE TAKE NOTICE that Defendant Professional Sales and Marketing Group, Inc.'s

Motion to Reconsider Denial of Motion Change Venue will be heard on **Friday, November 30,**

**2007 at 10:00 a.m.,** or as soon thereafter as possible.

Respectfully submitted,

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC

/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
555 12th Street, NW, Suite 710
Washington, DC  20004
Telephone:  (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and Marketing Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (____) U.S. Mail, postage prepaid; (____) fax; (____) Federal Express; **(X) Electronic Notification**; and/or (____) hand delivery this 13th day of November, 2007, to:

> Anthony Francis Vittoria
> VA Bar No. 41132
> Ober Kaler Grimes & Shriver
> 120 E Baltimore Street, 8[th] Floor
> Baltimore, MD 21202-1643
> Telephone: (410) 685-1120
> Fax: (410) 547-0699
> afvittoria@ober.com
>
> *Attorney for the Plaintiff*
> *Renetto, LLC*

> /s/ William D. Blakely
> William D. Blakely
> VA Bar No. 24415
> Polsinelli Shalton Flanigan Suelthaus PC
> 555 12th Street, NW, Suite 710
> Washington, DC 20004
> Telephone: (202) 626-8310
> Fax: (202) 783-3535
> wblakely@polsinelli.com
>
> *Attorney for the Defendant*
> *Professional Sales and*
> *Marketing Group, Inc.*

2