# Exhibit B

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
    PROFESSIONAL SALES AND            )
 4  MARKETING GROUP, INC., an         )
    Illinois corporation,             )
 5                                    )
                   Plaintiff,         )
 6  -vs-                              )  Case No. 07 C 3951
                                      )
 7  RENETTO, LLC, a Maryland          )  Chicago, Illinois
    Limited Liability Corporation;    )  November 7, 2007
 8  and SWIMWAYS CORPORATION, a       )  10:05 a.m.
    Virginia Corporation,             )
 9                                    )
                   Defendants.        )
10

11               TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE RUBEN CASTILLO
12
    APPEARANCES:
13  For the Plaintiff:      MR. GREGORY J. JORDAN
                            MR. JOHN J. CURRY, JR.
14                          Polsinelli Shalton Flanigan
                            Suelthaus PC
15                          180 North Stetson Avenue
                            Suite 4525
16                          Chicago, IL  60601
                            (312) 819-1900
17
    For Defendant
18  Renetto:                MR. AYAD P. JACOB
                            Schiff Hardin LLP
19                          6600 Sears Tower
                            Chicago, IL  60606
20                          (312) 258-5500

21  Court Reporter:

22           KATHLEEN M. FENNELL, CSR, RMR, FCRR
                   Official Court Reporter
23                United States District Court
          219 South Dearborn Street, Suite 2144-A
24                  Chicago, Illinois  60604
                 Telephone:  (312) 435-5569
25      email: Kathleen_Fennell@ilnd.uscourts.gov
```

1  APPEARANCES:  (Continued)

2  For Defendant
   Swimways:                MR. MORGAN J. MILNER
3                           Chittenden, Murday & Novotny, LLC
                            303 West Madison Street, Suite 1400
4                           Chicago, IL  60606
                            (312) 281-3600
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        (Proceedings heard in open court:)
 2              THE CLERK:  07 C 3951, Professional Sales versus
 3   Renetto.
 4              THE COURT:  Good morning.
 5              MR. MILNER:  Good morning, your Honor.  Morgan Milner
 6   on behalf of Swimways.
 7              MR. JACOB:  Ayad Jacob on behalf of Renetto.
 8              MR. JORDAN:  Gregory Jordan and John Curry on behalf
 9   of Professional Sales.  It's our motion.
10              THE COURT:  Okay.  First of all, I agree with the
11   proposition that this is really not an emergency situation,
12   but go ahead.  You can present the motion.
13              MR. JORDAN:  Your Honor, Professional Sales doesn't
14   want to relitigate the motion in Virginia.  However, it does
15   want to file a Rule 59 motion to reconsider in Virginia.
16              THE COURT:  And that's up to Judge Lee.
17              MR. JORDAN:  And it is up to Judge Lee.
18              THE COURT:  Right.
19              MR. JORDAN:  But one of the issues that arose in the
20   Virginia litigation is the understanding of your Honor's
21   July 17, 2007 minute order.  If you'll recall --
22              THE COURT:  I recall, but is your position that Judge
23   Lee, as capable as he is, just doesn't understand what my
24   order says?
25              MR. JORDAN:  I think what -- what he's unclear as to
```

1  is whether your Honor retained subject matter jurisdiction,
2  and it seems clear to me from the order in which you required
3  that the parties undertake settlement discussions before
4  filing any additional pleadings and you indicated in that
5  minute order, and I have a copy here if your Honor wants it --
6      THE COURT:  I don't need a copy.
7      MR. JORDAN:  Okay.  Indicated that the parties shall
8  file a joint status report on August 20.
9      THE COURT:  I know what it says, counsel.
10     MR. JORDAN:  And if your Honor did not retain subject
11 matter jurisdiction, your Honor wouldn't have ability to order
12 that the parties file a joint status report on the 20th.
13     THE COURT:  And you're saying that Judge Lee can't
14 tell that from the order?  Is that your position?
15     MR. JORDAN:  Frankly, I think yes, your Honor.
16     THE COURT:  Okay.  Well, you go talk to Judge Lee
17 about that because I'm denying your motion.  Judge Lee is
18 fully capable of knowing exactly what my order says.
19     That's all I'm going to say.  Thank you.  Have a good
20 day.
21     MR. MILNER:  Thank you, your Honor.
22     MR. JACOB:  Thank you, your Honor.
23     (Which were all the proceedings heard.)
24
25

1    CERTIFICATE

2    I certify that the foregoing is a correct transcript from

3    the record of proceedings in the above-entitled matter.

4

5    _____          __11-7-07_____
     Kathleen M. Fennell                     Date
6    Official Court Reporter