UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RENETTO, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-00789-GBL-TCB |
| ) | |
| PROFESSIONAL SALES AND ) | |
| MARKETING GROUP, INC., ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF DISCOVERY

I, the undersigned attorney, do hereby certify that on the 21st of November, 2007, *Defendant's Objections to Plaintiff's First Set of Interrogatories and Defendant's Objections to Plaintiff's First Request of Production of Documents* were served, via United States Postal Service – First Class Mail and facsimile to Anthony Francis Vittoria, Ober Kaler Grimes & Shriver, 120 E Baltimore Street, 8th Floor, Baltimore, MD 21202-1643, Fax: (410) 547-0699, counsel for the Plaintiffs.

Respectfully submitted,

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC

/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
555 12th Street, NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

ATTORNEYS FOR PROFESSIONAL SALES &
MARKETING GROUP, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) U.S. Mail, postage prepaid; (__) fax; (__) Federal Express; (**X**) *Electronic Notification*; and/or (__) hand delivery this 21st day of November, 2007, to:

Anthony Francis Vittoria
VA Bar No. 41132
Ober Kaler Grimes & Shriver
120 E Baltimore Street, 8th Floor
Baltimore, MD 21202-1643
Telephone: (410) 685-1120
Fax: (410) 547-0699
afvittoria@ober.com

*Attorney for the Plaintiff*
*Renetto, LLC*

/s/ William D. Blakely
William D. Blakely
VA Bar No. 24415
Polsinelli Shalton Flanigan Suelthaus PC
555 12th Street, NW, Suite 710
Washington, DC 20004
Telephone: (202) 626-8310
Fax: (202) 783-3535
wblakely@polsinelli.com

*Attorney for the Defendant*
*Professional Sales and*
*Marketing Group, Inc.*