UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Professional Sales and Marketing Group, Inc.
                                             Plaintiff,

v.                                                              Case No.: 1:07−cv−03951
                                                                Honorable Ruben Castillo

Renetto, LLC, et al.
                                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2007:

    MINUTE entry before Judge Ruben Castillo :Motion hearing held on 11/7/2007. Plaintiff's emergency motion to clarify order [33] is denied. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**Exhibit 04**