**Vittoria, Anthony**

| | |
|---|---|
| **From:** | Patel, Sailesh K. [SPatel@schiffhardin.com] |
| **Sent:** | Friday, August 17, 2007 1:18 PM |
| **To:** | Craig, Royal W.; Gadhia, Ami D.; Vittoria, Anthony |
| **Subject:** | attorney appearance |

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Friday, August 17, 2007 11:59 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-03951 Professional Sales and Marketing Group, Inc. v. Renetto, LLC et al attorney appearance

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.0

**Notice of Electronic Filing**

The following transaction was entered by Curry, John on 8/17/2007 at 11:59 AM CDT and filed on 8/17/2007

**Case Name:** Professional Sales and Marketing Group, Inc. v. Renetto, LLC et al
**Case Number:** 1:07-cv-3951
**Filer:** Professional Sales and Marketing Group, Inc.
**WARNING: CASE CLOSED on 07/17/2007**
**Document Number:** 16

**Docket Text:**
ATTORNEY Appearance for Plaintiff Professional Sales and Marketing Group, Inc. by John J. Curry, Jr *for Carina Segalini* (Curry, John)

**1:07-cv-3951 Notice has been electronically mailed to:**

John A. Bannon     jbannon@schiffhardin.com

William A. Chittenden , III     wchittenden@cmn-law.com, acruz@cmn-law.com

John J. Curry , Jr     jcurry@pswslaw.com, anasharr@pswslaw.com, lbobb@pswslaw.com, mreyes@pswslaw.com

**Exhibit 05**

11/21/2007

Ayad Paul Jacob     ajacob@schiffhardin.com, edocket@schiffhardin.com

Morgan James Milner     mmilner@cmn-law.com, jpalm@cmn-law.com

Sailesh K. Patel     spatel@schiffhardin.com, edocket@schiffhardin.com, nbrehme@schiffhardin.com

**1:07-cv-3951 Notice has been delivered by other means to:**

David C. Burton
Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23452

Anthony J. Nasharr , III
Polsinelli Shalton Welte Suelthaus PC
180 North Stetson Avenue
#4525
Chicago, IL 60601

William R. Poynter
Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23462

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/17/2007] [FileNumber=3877562-0
] [869495323d2d863d808524f34c3cf308ec142dcf3fc547889166a4b1b55b64da79f
57e53da57e94f93c3910f735dd11cd293ddaf26423cda14b9d2318e89e559]]

```
----------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
----------------------------------------------------------------
```

11/21/2007

**Vittoria, Anthony**

---

| | |
|---|---|
| **From:** | Patel, Sailesh K. [SPatel@schiffhardin.com] |
| **Sent:** | Friday, August 17, 2007 1:18 PM |
| **To:** | Craig, Royal W.; Gadhia, Ami D.; Vittoria, Anthony |
| **Subject:** | attorney appearance |

---

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Friday, August 17, 2007 11:59 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-03951 Professional Sales and Marketing Group, Inc. v. Renetto, LLC et al attorney appearance

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.0

**Notice of Electronic Filing**

The following transaction was entered by Curry, John on 8/17/2007 at 11:58 AM CDT and filed on 8/17/2007
**Case Name:**    Professional Sales and Marketing Group, Inc. v. Renetto, LLC et al
**Case Number:**  1:07-cv-3951
**Filer:**        Professional Sales and Marketing Group, Inc.
**WARNING: CASE CLOSED on 07/17/2007**
**Document Number:** 15

**Docket Text:**
ATTORNEY Appearance for Plaintiff Professional Sales and Marketing Group, Inc. by John J. Curry, Jr *for Anthony Nasharr* (Curry, John)


**1:07-cv-3951 Notice has been electronically mailed to:**

John A. Bannon    jbannon@schiffhardin.com

William A. Chittenden , III    wchittenden@cmn-law.com, acruz@cmn-law.com

John J. Curry , Jr    jcurry@pswslaw.com, anasharr@pswslaw.com, lbobb@pswslaw.com, mreyes@pswslaw.com

11/21/2007

Ayad Paul Jacob     ajacob@schiffhardin.com, edocket@schiffhardin.com

Morgan James Milner     mmilner@cmn-law.com, jpalm@cmn-law.com

Sailesh K. Patel     spatel@schiffhardin.com, edocket@schiffhardin.com, nbrehme@schiffhardin.com

**1:07-cv-3951 Notice has been delivered by other means to:**

David C. Burton
Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23452

Anthony J. Nasharr , III
Polsinelli Shalton Welte Suelthaus PC
180 North Stetson Avenue
#4525
Chicago, IL 60601

William R. Poynter
Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23462

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/17/2007] [FileNumber=3877556-0
] [6622840c5409064a2880c422d12fbffee25b3e76a17827522da32cb57af72ce6461
1934bfee8d7fdb079b2c91af17a9325a10752b754db61d3b4e99d56bdfe21]]

```
-----------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
-----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
-----------------------------------------------------------------
```

11/21/2007