UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **RENETTO, LLC,** | * | |
| **Plaintiff**, | * | |
| v. | * | Civil Action No. 1:07CV789A |
| **PROFESSIONAL SALES AND MARKETING GROUP, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Motion To Reconsider Denial of Motion to Change Venue filed by Defendant, Professional Sales and Marketing Group, Inc., the Opposition filed thereto by Plaintiff Renetto, LLC, and the argument of the parties, the Motion is hereby **DENIED**.

ORDERED this ___ day of _____, 2007.

_____
The Honorable Gerald Bruce Lee
United States District Court
 for the Eastern District of Virginia