CLOSED, JURY

# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00789–GBL–TCB

Renetto, LLC v. Professional Sales And Marketing Group, Inc.  
Assigned to: District Judge Gerald Bruce Lee  
Referred to: Magistrate Judge Theresa Carroll Buchanan  
Demand: $100,000  
Cause: 28:1332 Diversity–Breach of Contract  

Date Filed: 08/09/2007  
Date Terminated: 11/27/2007  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Renetto, LLC**  
*a Maryland limited liability company*

represented by **Anthony Francis Vittoria**  
Ober Kaler Grimes &Shriver  
120 E Baltimore St  
8th Fl  
Baltimore, MD 21202–1643  
(410) 685–1120  
Email: afvittoria@ober.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Professional Sales And Marketing Group, Inc.**  
*an Illinois corporation*

represented by **William D. Blakely**  
Polsinelli Shalton Welte Suelthaus PC  
555 12th St NW  
Suite 710  
Washington, DC 20004–1206  
(202) 783–3300  
Fax: (202) 783–3535  
Email: wblakely@polsinelli.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2007 | 1 | COMPLAINT against Professional Sales And Marketing Group, Inc. ( Filing fee $ 350 receipt number 100002851.), filed by Renetto, LLC. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(nhall) (Entered: 08/17/2007) |
| 08/09/2007 | 2 | Declaration Of Walter Paul Robinett owner/member of Renetto, LLC. (Signature on document is not an original) (nhall) Date Filed Modified on 8/17/2007 (nhall). (Entered: 08/17/2007) |
| 08/17/2007 | 3 | Summons Issued and mailed to attorney for service by SPS as to Professional Sales And Marketing Group, Inc. (Attachments: # 1 Letter)(nhall) (Entered: 08/17/2007) |
| 09/21/2007 | 4 | NOTICE of Appearance by William D. Blakely on behalf of Professional Sales And Marketing Group, Inc. (Blakely, William) (Entered: 09/21/2007) |
| 09/21/2007 | 5 | Joint MOTION for Extension of Time to File Answer re 1 Complaint by Professional Sales And Marketing Group, Inc.. (Attachments: # 1 Proposed Order)(Blakely, William |

| | | |
|---|---|---|
| | | (Entered: 09/21/2007) |
| 09/24/2007 | 6 | ORDER granting 5 Motion for Extension of Time to Answer Professional Sales And Marketing Group, Inc. answer due 10/12/2007. (See Order For Details). Signed by Judge Theresa Carroll Buchanan on 9/24/07. (nhall) (Entered: 09/25/2007) |
| 09/27/2007 | | Notice of Correction re: 5 Joint MOTION for Extension of Time to File Answer re 1 Complaint. The filing user has been notified to file future documents with the correct signature block as to the certificate of service. (nhall) (Entered: 09/27/2007) |
| 09/27/2007 | 7 | SUMMONS Returned Executed by Professional Sales And Marketing Group, Inc. Professional Sales And Marketing Group, Inc. served on 9/6/2007, answer due 9/26/2007. (Attachments: # 1 Letter)(nhall) (Entered: 10/02/2007) |
| 10/12/2007 | 8 | MOTION to Dismiss for Lack of Jurisdiction *or To Change Venue* by Professional Sales And Marketing Group, Inc.. (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit A– IL Complaint# 3 Exhibit B – Joint Notice of Removal# 4 Exhibit C – Civil Docket# 5 Exhibit D – Amended Complaint# 6 Exhibit E – Affidavit# 7 Proposed Order)(Blakely, William) (Entered: 10/12/2007) |
| 10/12/2007 | 9 | Notice of Hearing Date set for November 2, 2007 re 8 MOTION to Dismiss for Lack of Jurisdiction *or To Change Venue* (Blakely, William) (Entered: 10/12/2007) |
| 10/12/2007 | 10 | MOTION to Transfer Case *or Dismiss* by Professional Sales And Marketing Group, Inc.. (Attachments: # 1 Memorandum in Support of Motion to Change Venue# 2 Exhibit A – Complaint# 3 Exhibit B – Joint Notice of Removal# 4 Exhibit C – Civil Docket# 5 Exhibit D– Amended Complaint# 6 Exhibit E – Affidavit# 7 Proposed Order)(Blakely, William) (Entered: 10/12/2007) |
| 10/12/2007 | 11 | Notice of Hearing Date set for November 2, 2007 re 10 MOTION to Transfer Case *or Dismiss* (Blakely, William) (Entered: 10/12/2007) |
| 10/12/2007 | 12 | Financial Interest Disclosure Statement (Local Rule 7.1) by Professional Sales And Marketing Group, Inc.. (Blakely, William) (Entered: 10/12/2007) |
| 10/12/2007 | 13 | AMENDED SCHEDULING ORDER: Initial Pretrial Conference set for 11/7/2007 at 10:00 AM before Magistrate Judge Theresa Carroll Buchanan. Final Pretrial Conference set for 2/21/2008 at 10:00 AM before District Judge Gerald Bruce Lee. Discovery due by 2/15/2008.Signed by Judge Gerald Bruce Lee on 10/12/07. (Attachments: # 1 Mag Consent# 2 Pretrial Notice)(nhall) (Entered: 10/17/2007) |
| 10/15/2007 | | Notice of Correction re 10 MOTION to Transfer Case or Dismiss. The filing user has been notified to file the document separately for each motion relief, and to re–file the memorandum in support as a separate document. (clar, ) (Entered: 10/15/2007) |
| 10/15/2007 | | Set Deadlines as to 8 MOTION to Dismiss for Lack of Jurisdiction or To Change Venue, 10 MOTION to Transfer Case or Dismiss. Motion Hearing set for 11/2/2007 at 10:00 AM before District Judge Gerald Bruce Lee. (clar, ) (Entered: 10/15/2007) |
| 10/17/2007 | 14 | Memorandum in Support re 10 MOTION to Transfer Case *or Dismiss*, 8 MOTION to Dismiss for Lack of Jurisdiction *or To Change Venue* filed by Professional Sales And Marketing Group, Inc.. (Attachments: # 1 Exhibit A – Complaint for Injunctive &Other Relief# 2 Exhibit B – Joint Notice of Removal# 3 Exhibit C – Pacer Docket# 4 Exhibit D – Amended Complaint# 5 Exhibit E – Affidavit# 6 Proposed Order)(Blakely, William) (Entered: 10/17/2007) |
| 10/23/2007 | 15 | Financial Interest Disclosure Statement (Local Rule 7.1) by Renetto, LLC. (Vittoria, Anthony) (Entered: 10/23/2007) |

| | | |
|---|---|---|
| 10/24/2007 | | Notice of Correction re 15 Financial Disclosure Statement. The filing user has been notified to file future documents with the correct signature block and to file a separate Certificate of Service. (nhall) Text Modified on 10/25/2007 (nhall). (Entered: 10/24/2007) |
| 10/24/2007 | 16 | CERTIFICATE of Service re 15 Financial Disclosure Statement by Anthony Francis Vittoria on behalf of Renetto, LLC (Vittoria, Anthony) (Entered: 10/24/2007) |
| 10/26/2007 | 17 | Memorandum in Opposition re 10 MOTION to Transfer Case *or Dismiss*, 8 MOTION to Dismiss for Lack of Jurisdiction *or To Change Venue* filed by Renetto, LLC. (Attachments: # 1 Exhibit 1# 2 Certificate of Service# 3 Proposed Order)(Vittoria, Anthony) (Entered: 10/26/2007) |
| 10/31/2007 | 18 | REPORT of Rule 26(f) Planning Meeting by Professional Sales And Marketing Group, Inc.. (Blakely, William) (Entered: 10/31/2007) |
| 10/31/2007 | 19 | Discovery Plan by Professional Sales And Marketing Group, Inc..(Blakely, William) (Entered: 10/31/2007) |
| 10/31/2007 | 20 | REPORT of Rule 26(f) Planning Meeting *and Proposed Discovery Plan* by Renetto, LLC. (Vittoria, Anthony) (Entered: 10/31/2007) |
| 10/31/2007 | 21 | Rebuttal Brief re 10 MOTION to Transfer Case *or Dismiss*, 8 MOTION to Dismiss for Lack of Jurisdiction *or To Change Venue* filed by Professional Sales And Marketing Group, Inc.. (Attachments: # 1 Exhibit A – Northern District Civil Docket (07–03951)# 2 Exhibit B – Minute Order (07–03951)# 3 Exhibit C – Initial Status Report# 4 Exhibit D – Joint Status Report# 5 Exhibit E – PSM Rule 26 Disclosure# 6 Exhibit F – SwimWay Rule 26 Disclosures# 7 Exhibit G – Renetto Initial Disclosures# 8 Exhibit H – Declaration of Howard Shraiberg# 9 Exhibit I – Declaration of Todd Shraiberg)(Blakely, William) (Entered: 10/31/2007) |
| 11/01/2007 | | Notice of Correction re 20 Report of Rule 26(f) Planning Meeting. The filing user has been notified to file a separate Certificate of Service. (nhall) (Entered: 11/01/2007) |
| 11/01/2007 | 22 | CERTIFICATE of Service re 20 Report of Rule 26(f) Planning Meeting *and Proposed Discovery Plan* by Anthony Francis Vittoria on behalf of Renetto, LLC (Vittoria, Anthony) (Entered: 11/01/2007) |
| 11/02/2007 | 23 | Minute Entry for proceedings held before Judge Gerald Bruce Lee : Appearances: Counsel.Motion Hearing held on 11/2/2007 re 10 MOTION to Transfer Case *or Dismiss* filed by Professional Sales And Marketing Group, Inc., 8 MOTION to Dismiss for Lack of Jurisdiction *or To Change Venue* filed by Professional Sales And Marketing Group, Inc – both motions argued and denied. Order to follow. (Court Reporter Wilson.) (jsol, ) (Entered: 11/02/2007) |
| 11/02/2007 | 24 | ORDER for reasons stated in open court on 11/2/07, Defts 8 Motion to Dismiss for Lack of Jurisdiction and 10 Motion to Transfer Case are denied.. Signed by Judge Gerald Bruce Lee on 11/2/07. (jsol, ) (Entered: 11/05/2007) |
| 11/07/2007 | 25 | Minute Entry for proceedings held before Judge Theresa Carroll Buchanan : Initial Pretrial Conference held on 11/7/2007. Appearance of Counsel for Pltf and Deft. Pltf's discovery plan approved. Order to follow. (jlan) (Entered: 11/07/2007) |
| 11/07/2007 | 26 | Order Rule 16(b) Scheduling Order – Pursuant to the Rule 16(b) Conference it is ordered that a. The Plaintiff's Report and Proposed Discovery Plan is approved and shall control discovery to the extent of its application unless modified by the Court (see order for details). Signed by Magistrate Judge Theresa Carroll Buchanan on 11/7/07. (klau, ) |

| | | |
|---|---|---|
| | | (Entered: 11/07/2007) |
| 11/13/2007 | 27 | MOTION for Reconsideration re 24 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Transfer Case by Professional Sales And Marketing Group, Inc.. (Blakely, William) (Entered: 11/13/2007) |
| 11/13/2007 | 28 | Notice of Hearing Date set for 11/30/07 re 27 MOTION for Reconsideration re 24 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Transfer Case (Blakely, William) (Entered: 11/13/2007) |
| 11/13/2007 | 29 | Memorandum in Support re 27 MOTION for Reconsideration re 24 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Transfer Case filed by Professional Sales And Marketing Group, Inc.. (Attachments: # 1 Exhibit A – Declaration of John Curry# 2 Exhibit B – Transcript)(Blakely, William) (Entered: 11/13/2007) |
| 11/14/2007 | | Set Deadlines as to 27 MOTION for Reconsideration re 24 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Transfer Case. Motion Hearing set for 11/30/2007 at 10:00 AM before District Judge Gerald Bruce Lee. (clar, ) (Entered: 11/14/2007) |
| 11/16/2007 | 30 | *Affirmative Defenses and* ANSWER to Complaint with Jury Demand by Professional Sales And Marketing Group, Inc..(Blakely, William) (Entered: 11/16/2007) |
| 11/21/2007 | 31 | Certificate Regarding Discovery by Professional Sales And Marketing Group, Inc..(Blakely, William) (Entered: 11/21/2007) |
| 11/21/2007 | 32 | TRANSCRIPT of Proceedings held on 11/2/07 before District Judge Lee. Court Reporter: Renecia A. Smith–Wilson. (nhall) (Entered: 11/23/2007) |
| 11/23/2007 | 33 | RESPONSE in Opposition re 27 MOTION for Reconsideration re 24 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Transfer Case filed by Renetto, LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Proposed Order)(Vittoria, Anthony) (Entered: 11/23/2007) |
| 11/27/2007 | | Notice of Correction re 33 Response in Opposition to Motion. The filing user has been notified to file future documents with the correct signature block. (nhall) (Entered: 11/27/2007) |
| 11/27/2007 | 34 | ORDER that Defendant Professional Sales and Marketing Group, Inc.'s Motion to Reconsider Denial of Motion to Change Venue is GRANTED. This case is transferred to the United States District Court for the Northern District of Illinois. (See Order For Details). Signed by Judge Gerald Bruce Lee on 11/27/07. (nhall) (Entered: 11/28/2007) |
| 11/27/2007 | | Case transferred to Northern District of Illinois. (nhall) (Entered: 11/28/2007) |