IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **RENETTO, LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**PROFESSIONAL SALES AND MARKETING GROUP, INC.**<br><br>    **Defendant.** | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Case No.: 07-CV-6817<br><br>Hon. Wayne R. Andersen |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Renetto, LLC and Defendant Professional Sales and Marketing Group, Inc. hereby stipulate to the dismissal of all claims against Defendant Professional Sales and Marketing Group, Inc. with prejudice, each party to bear their own costs.

Dated: January 31, 2008

| | |
|---|---|
| /s/ Sailesh K. Patel | /s/ Carina M. Segalini |
| John A. Bannon | Gregory J. Jordan  (#6205510) |
| Sailesh K. Patel | Carina M. Segalini  (#6287348) |
| Ayad Paul Jacob | POLSINELLI SHALTON FLANIGAN |
| SCHIFF HARDIN LLP | SUELTHAUS PC |
| 6600 Sears Tower | Two Prudential Plaza |
| Chicago, IL 60606 | 180 N. Stetson Avenue, Ste. 4525 |
| | Chicago, IL 60601 |
| ATTORNEYS FOR PLAINTIFF | |
| RENETTO, LLC | ATTORNEYS FOR DEFENDANT |
| | PROFESSIONAL SALES AND |
| | MARKETING GROUP |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was electronically served on the following parties through the CM/ECF System this 12th day of February 2008, to:

Anthony Francis Vittoria
Ober Kaler Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202-1643

ATTORNEY FOR PLAINTIFF
RENETTO, LLC

                                                    /s/ Carina M. Segalini